**Dismiss; and Opinion Filed June 23, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00746-CV

### IN RE WILLIE ATKINS, Relator

**Original Proceeding from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. W069-00566-X(A)**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Whitehill
Opinion by Justice Evans

Relator filed this petition for writ of mandamus requesting that the court order the district

clerk, whom he identifies as Gary Fitzsimmons,[1] to provide relator with a copy of the trial court's

findings of fact and conclusions of law with regard to his petition for writ of habeas corpus. The

Court's power to issue a writ of mandamus is set forth in section 22.221 of the Texas

Government Code. Because the Dallas County District Clerk is not a judge, the district clerk

falls within the Court's mandamus jurisdiction only to the extent necessary to enforce our

jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b) (West 2004) (writ power). This Court

does not have jurisdiction over post-conviction habeas corpus proceedings relating to felony

convictions. *See* TEX. CODE CRIM. P. ANN. art. 11.05 (West) (by whom writ may be granted).

Therefore, this Court has no jurisdiction regarding any action by the Dallas County District Clerk

---

[1] As of January 1, 2015, Felicia Pitre is the district clerk.

with regard to habeas corpus proceedings. Rather, any complaints about action or inaction on a matter related to a post-conviction petition for writ of habeas corpus must be brought by mandamus to the court of criminal appeals and not to this Court. *In re McAfee,* 53 S.W.3d 715, 717 (Tex. App.–Houston [1st Dist.] 2001, orig. proceeding).

Because we lack jurisdiction, we **DISMISS** the petition.

/David Evans/
DAVID EVANS
JUSTICE

150746F.P05